Argued July 19, affirmed August 1, 1977

PLUNK, *Appellant,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*
(No. 77-0048, CA 8002)

566 P2d 1227

Samuel A. Hall, Jr., Eugene, argued the cause for appellant. With him on the brief was Malagon, Starr & Vinson, Eugene.

Kevin L. Mannix, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee and Tanzer, Judges.

PER CURIAM.

Affirmed. *Kuskie v. SAIF,* 30 Or App 323, 566 P2d 1226 (1977).